# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 07-3001** | **September Term, 2016** |
| | 00cr00157-20 |
| | **Filed On:** February 24, 2017 |

United States of America,

      Appellee

    v.

Franklin Seegers,

      Appellant

------------------------------

Consolidated with 06-3190

      **BEFORE:**    Kavanaugh, Circuit Judge

### O R D E R

Upon consideration of the motion for authorization of services, it is

      **ORDERED** that the motion be granted.  Payment in an amount not to exceed $850.00 is hereby authorized for The Lex Group to provide the services listed in the motion and the attached estimated invoice.

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:    /s/
                                                John J. Accursio
                                               Deputy Clerk